# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Shawn Demont Collins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14cv440 |
| | ) | |
| vs. | ) | |
| | ) | |
| Linda Duary, et al.. | ) | |
| Defendants | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2015 Order.

May 19, 2015

*Frank D. Johns*